**SHROYER v. CHICAGO, R. I. & G. RY. CO.**
(No. 3129.)

(Supreme Court of Texas. Dec. 1, 1920.)

Appeal and error ⟜1114—On reversal of Court of Civil Appeals, cause should be remanded to determine questions undisposed of.

Where the Court of Civil Appeals pretermitted consideration of assignments other than those raising the one question on which it reversed the judgment for plaintiff, the Supreme Court's reversal of its holding on such question should not preclude determination of such other assignments by the Court of Civil Appeals; a number of the questions being within its exclusive jurisdiction.

Error to Court of Civil Appeals of Seventh Supreme Judicial District.

On rehearing. Motion granted in respect only of the prior affirmance of the judgment of the district court as originally recommended by the Commission of Appeals.

For former opinion of Commission of Appeals, see 222 S. W. 1095.

PHILLIPS, C. J. We approve the holding of the Commission of Appeals on the questions discussed in its original opinion. We likewise adhere to our judgment reversing the judgment of the Court of Civil Appeals. It was improper, however, to affirm the judgment of the District Court, as originally recommended by the Commission of Appeals. In this respect the motion for rehearing is granted, and the case will be remanded to the Court of Civil Appeals for its consideration of the questions presented there by the appellant railway company not determined by our approval of the holding of the Commission of Appeals. A number of those questions are within the exclusive jurisdiction of the Court of Civil Appeals. It pretermitted consideration of assignments other than those raising the one question upon which it reversed the judgment for the plaintiff in the trial court. Our reversal of its holding on that question should not preclude its determination of these other assignments.

---

**HOUSTON & T. C. R. CO. v. DIAMOND PRESS BRICK CO.** (No. 3050.)

(Supreme Court of Texas. Dec. 1, 1920.)

Appeal and error ⟜1175(1)—On reversal of order sustaining demurrer, cause should be remanded.

Where, in the trial court, the case was disposed of on defendant's demurrer to the petition on reversal by Supreme Court of district court and Court of Civil Appeal affirming, judgment should not be directed for plaintiff, but cause should be remanded.

On rehearing. Motion granted in respect to the form of the judgment only.

For former opinion of Commission of Appeals, see 222 S. W. 204.

PHILLIPS, C. J. Since in the trial court the case was disposed of on the demurrer of defendant to the plaintiff's petition, in our holding that the demurrer was improperly sustained and reversing for that reason the judgments of the District Court and Court of Civil Appeals, it was incorrect to render judgment for the plaintiff, as was done in the original disposition of the case.

In respect to the form of the judgment, the motion for rehearing is granted. The judgment reversing the judgments of the District Court and Court of Civil Appeals will stand, but, instead of judgment being rendered here for the Railroad Company, the cause will be remanded to the District Court for proceedings in accordance with the opinion of the Commission of Appeals on the original hearing which in its holding on the questions there discussed is approved.